PS 42
(Rev. D/00)

# United States District Court
## District of Colorado

United States of America )
 )
vs )            Case No. 09-cr-00020-WYD-04
 )
Conalyn L. Hall )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Conalyn L. Hall, have discussed with Robert Ford, Probation Officer, modification of my release as follows:

The defendant shall participate in mental health treatment and medication monitoring as directed by the supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  _____   _____  8/26/10
Signature of Defendant   Date      Probation Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  8-26-10
Signature of Defense Counsel   Date

_____  8/27/2010
Signature of Assistant U.S. Attorney   Date

[X] The above modification of conditions of release is ordered, to be effective on 8/30/2010

[ ] The above modification of conditions of release is not ordered.

_____  8/30/2010
Signature of Judicial Officer   Date