IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. CONSLYN L. HALL,

    Defendant.

---

## ORDER DISMISSING WITH PREJUDICE
## COUNTS 34-39 OF INDICTMENT

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss with Prejudice Counts 34-39 of the Indictment [Doc. #259], filed October 18, 2010. The Court having reviewed the file and considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss with Prejudice Counts 34-39 of the Indictment [Doc. #259], filed October 18, 2010, is **GRANTED.** It is further

ORDERED that Counts 34-39 of the Indictment are dismissed with prejudice as to defendant, Conslyn L. Hall only.

Dated this 27th day of October, 2010.

                                  BY THE COURT:


                                  s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  CHIEF UNITED STATES DISTRICT JUDGE